1843.

Hall
v.
Bamber.

---

HALL, executrix, &c. *vs.* BAMBER and others.

Where the complainant is the owner of two mortgages upon the same premises, and the whole of the junior mortgage has become due and payable, and the first mortgage, which is payable by instalments, has not all become due, the complainant is entitled to a decree to sell sufficient of the mortgaged premises to pay the whole of both mortgages, unless the defendant, previous to the sale, pays the last mortgage and the costs of foreclosure, together with the instalments which have become due upon the senior mortgage.

May 16.

THE bill in this case was filed to foreclose two mortgages upon the same premises, given at different times. The senior mortgage was payable by instalments, and only a part thereof had become due ; but the whole of the junior mortgage had become due and payable.

*H. Adams,* for the complainant, asked for a sale of the whole of the mortgaged premises.

The CHANCELLOR said, that if a sale should be found to be necessary, the property ought not to be sold subject to the incumbrance of any part of the prior mortgage ; the whole amount of which mortgage, whether then payable or not, must first be satisfied out of the proceeds of the sale of the premises. He therefore directed a decree to be entered that the master sell so much of the mortgaged premises as might be necessary to satisfy the whole of both mortgages and the costs of foreclosure and sale ; unless the defendants, before the sale, should pay the amount of the last mortgage and costs,

and of the instalment which had become due and payable on the first mortgage ; with the usual directions as to subsequent instalments, if such payment was made before the sale.